**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CATHERINE BARBER (NOW RANDALL) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. CIV-17-270-M |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The sole parties to this action, Catherine Barber (now Randall), Plaintiff, and State Farm Fire & Casualty Company, Defendant, stipulation to a dismissal with prejudice, pursuant to Fed.R.Civ.P.41(a), each party to bear their own costs and attorney fees.

ISSUED THIS 15TH DAY OF MAY, 2017.

/s/CATHY C. BARNUM
**CATHY C. BARNUM, OBA #2127
BARNUM & CLINTON, PLLC
ATTORNEY FOR PLAINTIFF,
CATHERINE BARBER (NOW RANDALL)
1011 24th AVE., N.W.
NORMAN, OKLAHOMA 73069
Telephone: (405) 579-7300
Fax: (405) 579-0140
Email: cbarnum@coxinet.net**

/s/BARBARA M MOSCHOVIDIS
**BARBARA M. MOSCHOVIDIS
GABLEGOTWALS
ATTORNEY FOR DEFENDANT,
STATE FARM FIRE & CASUALTY
1100 ONEOK PLAZA
TULSA, OKLAHOMA 74132
Telephone: (918) 595-4800
Fax: (918) 595-4990
Email: bmoschovidis@gablelaw.com**